# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Houser, Barbara J. | US Bky Ct; No Dst of Tx | 05/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

1254 Earle Cabell Federal Bldg
1100 Commerce Street
Dallas, TX 75242-1496

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Present Interest Trust |
| 2. | Fellow | National Bankruptcy Conference |
| 3. | Fellow | American College of Bankruptcy |
| 4. | Fellow | American Bar Foundation |
| 5. | Fellow | Texas Bar Foundation |
| 6. | Master | John C. Ford American Inn of Court |
| 7. | Member; Member of Board of Directors and Executive Committe of such Board | American Bankruptcy Institute |
| 8. | Vice Chair of Board of Directors | Dallas Legal Hospice n/k/a Legal Hospice of Texas |
| 9. | Member, Member of Board of Governors | National Conference of Bankruptcy Judges |
| 10. | Member, Executive Board | SMU Dedman College of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/04/2016 |

2. _____  _____

3. _____  _____

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | February 4-7 | Grand Cayman Island | Attend meeting of Executive Committee of Board and attend conference | Transportation, Lodging, and Meals |
| 2. | State Bar of Texas | February 18-20 | Houston, TX | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 3. | American Bankruptcy Institute | March 5-7 | Tampa, FL | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 4. | American College of Bankruptcy | March 12-14 | Washington DC | Attend Spring Meeting of College and speak at educational program | Transportation, Lodging and Meals |

| 5. | National Conference of Bankruptcy Judges | April 13-14 | San Antonio, TX | Attend mid-year meeting of NCBJ | Transportation, Lodging, and Meals |
|---|---|---|---|---|---|
| 6. | American Bankruptcy Institute | April 24-27 | Washington DC | Attend ABI Ex. Comm meeting, Board meeting and speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 7. | State Bar of Texas | May 27-29 | Bastrop, TX | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 8. | National Assoc. of Chapter 13 Trustees | July 1-5 | Salt Lake City, UT | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 9. | American Bankruptcy Institute | September 9-12 | Las Vegas, NV | Speak at bankruptcy conference | Transportaion, Lodging, and Meals |
| 10. | National Conference of Bankruptcy Judges | September 26-30 | Miami, FL | Attend annual meeting of NCBJ | Transportation, Lodging, and Meals |
| 11. | American Bankruptcy Institute | December 3-5 | Phoenix, AZ | Speak at bankruptcy conference | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Technical Communications common stock | A | Dividend | J | T | | | | | |
| 2. Bank of America (various accounts) | A | Interest | J | T | | | | | |
| 3. Wells Fargo (checking account) | A | Interest | J | T | | | | | |
| 4. Capital One Checking and saving accounts | B | Interest | M | T | | | | | |
| 5. Family Present Interest Trust for Nephew | | None | | | | | | | |
| 6. Wal-Mart Stores, Inc. common stock | A | Dividend | K | T | | | | | |
| 7. Discover Bank CD | B | Interest | M | T | | | | | |
| 8. Intervest National Bank CD n/k/a Bank of the Ozarks | A | Interest | | | Redeemed | 09/24/15 | L | | |
| 9. Nexity Bank CD n/k/a Alostar Bank | B | Interest | M | T | | | | | |
| 10. GMAC Bank (various accounts and CDs) n/k/a Ally Bank | C | Interest | M | T | | | | | |
| 11. Am Trust Direct n/k/a New York Community Bank money market | B | Interest | M | T | | | | | |
| 12. Patriot Bank CDs | C | Interest | M | T | | | | | |
| 13. Equity Bank CDs n/k/a Triumph Savings Bank n/k/a TBK Bank | A | Interest | M | T | | | | | |
| 14. Salem 5 Savings and Checking accounts | A | Interest | M | T | | | | | |
| 15. Share Plus Federal Bank CD and checking account n/k/a Green Bank | A | Interest | | | Redeemed | 04/04/15 | L | | |
| 16. Colorado Federal Savings Bank Money Market | B | Interest | M | T | | | | | |
| 17. First National Bank of Omaha Money Market | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SallieMae Bank Money Market | B | Interest | M | T | | | | | |
| 19. GE Capital Retail Bank CD n/k/a Synchrony Bank | A | Interest | M | T | | | | | |
| 20. GE Capital Retail Bank High Yield Savings n/k/a Synchrony Bank | A | Interest | J | T | | | | | |
| 21. GE Capital Retail Bank CD n/k/a Synchrony Bank | A | Interest | L | T | | | | | |
| 22. BBVA Compass Bank (various accounts and CD) | B | Interest | M | T | | | | | |
| 23. Brokerage account # 1 (H) | | | | | | | | | |
| 24. Anheuser-Busch (BUD) common stock | C | Dividend | L | T | | | | | |
| 25. Automatic Data Processing Inc (ADP) common stock | A | Dividend | K | T | | | | | |
| 26. Berkshire Hathaway Inc (BRKB) common stock | | None | M | T | | | | | |
| 27. Bristol Myers Squibb (BMY) common stock | B | Dividend | L | T | | | | | |
| 28. Campbell Soup (CPB) common stock | A | Dividend | | | Sold | 05/18/15 | L | D | |
| 29. Coca-Cola (KO) common stock | B | Dividend | K | T | | | | | |
| 30. Davita Inc (DVA) common stocl | | None | L | T | | | | | |
| 31. Emerson Electric (EMR) common stock | B | Dividend | K | T | | | | | |
| 32. Exxon Mobil (XOM) common stock | B | Dividend | L | T | | | | | |
| 33. HERMES INTL SA EURO ORD (HESAF) common stock | A | Dividend | | | Sold | 05/19/15 | J | A | |
| 34. Hershey (HSY) common stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Johnson & Johnson (JNJ) common stock | B | Dividend | L | T | | | | | |
| 36. Kraft Heinz Co (KHC) common stock | A | Dividend | L | T | Buy | 05/18/15 | K | | |
| 37. Kraft Foold Group (KRFT) common stocl | | None | | | Buy | 05/18/15 | J | | |
| 38. | | | | | Sold | 07/06/15 | J | C | |
| 39. LVMH Moet Hensy Louis Vutn Ord (LVMHF) common stock | A | Dividend | K | T | | | | | |
| 40. Mc Donalds Corp (MCD) common stock | B | Dividend | L | T | | | | | |
| 41. Merck & Co Inc New Com (MRK) common stock | B | Dividend | L | T | | | | | |
| 42. Monsanto (MON) common stock | A | Dividend | K | T | | | | | |
| 43. Nestle SA (NSRGY) common stock | B | Dividend | L | T | | | | | |
| 44. Oneok Inc New (OKE) common stock | C | Dividend | | | Sold | 12/03/15 | K | | |
| 45. Paypal Holdings (PYPL) common stock | | None | | | Buy | 07/15/15 | K | | |
| 46. | | | | | Sold | 08/07/15 | L | B | |
| 47. Pepsico (PEP) common stock | B | Dividend | L | T | | | | | |
| 48. Pfizer Inc (PFE) common stock | B | Dividend | K | T | | | | | |
| 49. Procter & Gamble (PG) common stock | B | Dividend | L | T | | | | | |
| 50. Restaurant Brands Int'l Inc (QSR) common stock | A | Dividend | K | T | Buy | 02/09/15 | K | | |
| 51. Schlumberger Ltd (SLB) common stocl | A | Dividend | | | Sold | 06/30/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Sigma-Aldrich (SIAL) common stock | A | Dividend | | | Sold | 06/30/15 | K | E | |
| 53. | 3 M (MMM) common stock | B | Dividend | K | T | | | | | |
| 54. | United Parcel Service (UPS) common stock | B | Dividend | | | Buy (add'l) | 06/09/15 | K | | |
| 55. | | | | | | Sold | 12/23/15 | K | D | |
| 56. | Wal Mart Stores (WMT) common stock | A | Dividend | K | T | Buy (add'l) | 06/09/15 | J | | |
| 57. | Whitewave Foods Corp (WWAV) common stock | | None | K | T | Buy | 02/09/15 | K | | |
| 58. | Brokerage Account # 2 (H) | | | | | | | | | |
| 59. | Conoco Phillips (COP) common stock | A | Dividend | J | T | | | | | |
| 60. | Phillips 66 Com (PSX) common stock | A | Dividend | J | T | | | | | |
| 61. | MS Liquid Asset Fund (money market account) | A | Interest | K | T | | | | | |
| 62. | Brokerage Account # 3 (H) | | | | | | | | | |
| 63. | ABBVIE Inc (ABBV) common stock | A | Dividend | K | T | Buy (add'l) | 12/02/15 | J | | |
| 64. | Altria Group Inc. (MO) common stock | A | Dividend | K | T | Buy (add'l) | 05/06/15 | J | | |
| 65. | AMN Elec Power Co (AEP) common stock | A | Dividend | K | T | Buy (add'l) | 12/02/15 | J | | |
| 66. | Anheuser-Busch (BUD) common stock | A | Dividend | K | T | Buy | 05/06/15 | K | | |
| 67. | Astrazeneca (AZN) common stock | A | Dividend | K | T | Buy | 05/06/15 | K | | |
| 68. | | | | | | Buy (add'l) | 12/02/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AT&T Inc (T) common stock | A | Dividend | K | T | Buy | 05/06/15 | K | | |
| 70. Automatic Data Processing (ADP) common stock | A | Dividend | K | T | | | | | |
| 71. Bristol-Myers Squibb Co (BMY) common stock | A | Dividend | | | Sold | 05/06/15 | J | D | |
| 72. California Resources Corp (CRC) common stock | | None | | | Sold | 03/27/15 | J | | |
| 73. CDK GLobal Inc (CDK) common stock | | None | | | Sold | 03/27/15 | J | A | |
| 74. Chevron Corp (CVX) common stock | | None | | | Sold | 03/27/15 | K | | |
| 75. Conagra Foods Inc (CAG) common stock | | None | | | Sold | 03/27/15 | K | A | |
| 76. Century Link Inc (CTL) common stock | A | Dividend | K | T | Buy | 05/06/15 | J | | |
| 77. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 78. Coca Cola Co (KO) common stock | A | Dividend | K | T | Buy | 05/06/15 | K | | |
| 79. Conoco Phillips (COP) common stock | | None | K | T | Buy | 12/02/15 | K | | |
| 80. Digital Realty TR Inc (DLR) common stock | A | Dividend | K | T | Buy | 03/27/15 | J | | |
| 81. | | | | | Buy (add'l) | 05/06/15 | J | | |
| 82. Dominion Resources Inc New Va (D) common stock | A | Dividend | K | T | Buy | 03/27/15 | J | | |
| 83. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 84. Du Pont E I De Nemours (DD) common stock | A | Dividend | | | Sold | 05/06/15 | J | C | |
| 85. Eli Lily & Co (LLY) common stock | A | Dividend | K | T | Buy | 03/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/06/15 | J | | |
| 87. Emerson Elec Co (EMR) common stock | A | Dividend | | | Sold | 05/06/15 | J | B | |
| 88. General Electric (GE) common stock | A | Dividend | K | T | Buy | 05/06/15 | K | | |
| 89. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 90. Glaxosmithkline PLC ADR (GSK) common stock | | None | | | Sold | 03/27/15 | J | | |
| 91. Halyard Health Inc (HYH) common stock | | None | | | Sold | 03/27/15 | J | A | |
| 92. Intel Corp (INTC) common stock | A | Dividend | K | T | Buy (add'l) | 07/08/15 | J | | |
| 93. Kimberly Clark (KMB) common stock | A | Dividend | K | T | | | | | |
| 94. Kraft Foods Group Inc (KRFT) common stock | A | Dividend | K | T | Buy (add'l) | 07/17/15 | J | | |
| 95. Lockheed Martin Corp | A | Dividend | K | T | Buy | 03/27/15 | J | | |
| 96. | | | | | Buy (add'l) | 05/06/15 | J | | |
| 97. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 98. LVMH Eur 0.3 (LVMHF) common stock | A | Dividend | | | Sold | 05/06/15 | K | | |
| 99. LVMH Moet Hennessy Louis (XIFFF) common stock | | None | | | Sold | 01/09/15 | J | | |
| 100. McDonalds Corp (MCD) common stock | A | Dividend | K | T | Sold (part) | 07/14/15 | J | | |
| 101. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 102. Nextera Energy Inc (NEE) common stock | A | Dividend | | | Sold | 05/06/15 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Occidental Pete Corp Cal (OXY) common stock | A | Dividend | K | T | Buy (add'l) | 12/02/15 | J | | |
| 104. Paccar Inc (PCAR) common stock | A | Dividend | K | T | Buy (add'l) | 07/08/15 | J | | |
| 105. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 106. Philip Morris Intl Inc (PM) common stock | A | Dividend | J | T | Buy (add'l) | 05/06/15 | J | | |
| 107. PPL Corporation (PPL) common stock | A | Dividend | K | T | Buy (add'l) | 07/17/15 | J | | |
| 108. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 109. Procter & Gamble Co common stock | | None | K | T | Buy | 12/22/15 | K | | |
| 110. Southern Company (SO) common stock | A | Dividend | | | Sold | 05/06/15 | J | | |
| 111. Spectra Energy Corp (SE) common stock | A | Dividend | K | T | Buy (add'l) | 05/06/15 | J | | |
| 112. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 113. Thomson Reuters Corp (TRI) common stock | A | Dividend | J | T | | | | | |
| 114. Toronto Dominion Bank (TD) common stock | A | Dividend | J | T | Buy (add'l) | 05/06/15 | J | | |
| 115. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 116. United Parcel Service (UPS) Class B shares | A | Dividend | | | Sold | 07/17/15 | J | B | |
| 117. Ventas Inc (VTR) common stock | A | Dividend | K | T | Buy | 03/27/15 | J | | |
| 118. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 119. | | | | | Buy (add'l) | 12/02/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Verizon Comm (VZ) common stock | A | Dividend | K | T | Buy | 03/27/15 | J | | |
| 121. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 122. Blackrock Global Long Short Credit Fund Cl 1 (BGCIX) | A | Dividend | | | Sold | 12/02/15 | K | | |
| 123. Eaton Vance Floating Rate Fund Cl 1 (EIBLX) | A | Dividend | | | Sold | 12/02/15 | J | | |
| 124. First TR Utilities Alphadex Fund (FXU) | A | Dividend | K | T | | | | | |
| 125. First TR Financials Alphadex Fund (FXO) | A | Dividend | J | T | | | | | |
| 126. First Tr Health Care Alphadex Fund (FXH) | A | Dividend | | | Sold | 05/06/15 | K | C | |
| 127. First TR Industrial PRDCR Durables Alphadex Fund (FXR) | A | Dividend | J | T | | | | | |
| 128. First TR Materials Alphadex Fund (FXZ) | A | Dividend | | | Sold | 05/06/15 | J | A | |
| 129. Ishares MSCI DCA ETF (EWC) | A | Dividend | | | Sold | 07/08/15 | J | | |
| 130. Ishares MSCI Switzerland (EWL) | A | Dividend | | | Sold | 07/08/15 | J | A | |
| 131. Ishares MSCI Sweden (EWD) | A | Dividend | J | T | | | | | |
| 132. Ishares US Telecommunications ETF (IYZ) | A | Dividend | J | T | | | | | |
| 133. IShares MSCI EAFE Index Fund (EFA) | B | Dividend | L | T | | | | | |
| 134. Ishares MSCI Pacific Ex Japan (EPP) | A | Dividend | | | Sold | 07/08/15 | J | | |
| 135. Ishares IBOXX Invt Grade Corp Bd (LQD) | A | Dividend | | | Sold | 07/08/15 | J | | |
| 136. Ishares MSCI Emerging Mkts (EEM) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IShares Trust Dow Jones US Real Estate Index Fund (IYR) | A | Dividend | K | T | | | | | |
| 138. Ishares MSCI EMU ETF (EZU) | A | Dividend | | | Sold | 05/06/15 | K | A | |
| 139. Ishares Inc Global High Yield Corp BD FD (GHYG) | A | Dividend | | | Sold | 07/08/15 | J | | |
| 140. Ishares Inc Core MSCI Emerging Mkts ETF (IEMG) | A | Dividend | | | Sold | 12/22/15 | K | | |
| 141. Ishares MSCI United Kingdom (EWU) | A | Dividend | J | T | | | | | |
| 142. JP Morgan Strategic Income Opp Fund (JSOSX) | A | Dividend | | | Sold | 12/02/15 | K | | |
| 143. Legg Mason BW Global Opportunities BD FD 1 (GOBIX) | A | Dividend | | | Sold | 12/02/15 | J | | |
| 144. Sector SPDR Energy (XLE) | A | Dividend | J | T | | | | | |
| 145. SPDR Barclays High Yield Bond ETF (JNK) | | None | | | Sold | 03/27/15 | J | | |
| 146. SPDR Barclays Convertile Securities ETF (CWB) | | None | | | Sold | 03/27/15 | J | A | |
| 147. SPDR Gold Trust (GLD) | | None | | | Sold (part) | 01/14/15 | J | | |
| 148. | | | | | Sold (part) | 02/13/15 | J | | |
| 149. | | | | | Sold | 03/27/15 | J | | |
| 150. SPDR S P World Ex US (GWL) | A | Dividend | K | T | | | | | |
| 151. SPDR Series Trust shares (XTL) | A | Dividend | K | T | | | | | |
| 152. Third Avenue Focused Credit Fund CL Instl (TFCIX) | A | Dividend | | | Sold | 12/02/15 | J | | |
| 153. Vanguard Small Cap Value ETF (VBR) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Vanguard Small Cap Growth ETF (VBK) | A | Dividend | K | T | | | | | |
| 155. Vanguard Value ETF (VTV) | C | Dividend | M | T | | | | | |
| 156. Vanguard Growth ETF (VUG) | C | Dividend | M | T | | | | | |
| 157. Vanguard Information Tech ETF (VGT) | A | Dividend | K | T | | | | | |
| 158. Wisdomtree Trust Japan Hedged Equity FD (DXJ) | A | Dividend | J | T | | | | | |
| 159. Elements-Rogers TR SV−4126.81 | | None | | | Sold | 03/27/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 05/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parat VII, line 5 - This trust has no assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Barbara J. Houser**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544